UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN L. HOLLANDER.,

    Plaintiff,

vs.                                                      Civil Action No. 3:07-cv-01835-MRK

PETER K. TRZYNA and PKT
TECHNOLOGIES, LLC,

    Defendants

## DEFENDANT TRZYNA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

Defendant Peter K. Trzyna ("Trzyna"), by his undersigned counsel, respectfully moves to dismiss for lack of personal jurisdiction, or, in the alternative, to transfer venue pursuant to 28 U.S.C. § 1404, and in support thereof states as follows:

1.      Plaintiff's Complaint purports to arise out of Trzyna's performance of his responsibilities as Manager of PKT Technologies, Inc. ("PKT"), a nominal defendant in the case.

2.      Trzyna is not subject to Connecticut's long-arm statute, Conn. Gen. Stat. § 59-52b, because Plaintiff's causes of action do not "arise out of" any business transacted by Trzyna in this State. Moreover, the exercise of personal jurisdiction over Trzyna would violate "traditional notions of fair play and substantial justice" and therefore the United States Constitution. International Shoe Co. v. Washington, 326 U.S. 310 (1945).

3.      In the alternative, the case should be transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Northern District of Illinois, which is the judicial district where virtually all of the activities at issue in the Complaint occurred and

where Trzyna and most third-party witnesses reside. No third-party witnesses reside in Connecticut

4. The grounds for this motion are set out more fully in the accompanying Memorandum in Support of Trzyna's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue Pursuant.

WHEREFORE, Defendant Peter K. Trzyna respectfully requests that this Court enter an Order:

(a) Dismissing this case without prejudice; or, in the alternative,

(b) Transferring the case pursuant to 28 U.S.C. § 1404(a); and

(c) granting such other and further relief as the Court deems appropriate.

Respectfully submitted this 19 day of December, 2007, by:

PETER K. TRZYNA

By___/s/_____
Christopher J. Hug (ct04553)
E-mail: chug@rc.com
Andrea Donovan Napp (ct26637)
E-mail: anapp@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## CERTIFICATION

I hereby certify that on December 19, 2007, a copy of the foregoing Defendant Trzyna's Motion To Dismiss For Lack Of Personal Jurisdiction Or, In The Alternative, To Transfer Venue was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
Andrea Donovan Napp