UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN L. HOLLANDER,

    Plaintiff,

vs.                                      Civil Action No. 3:07 CV-01835 (MRK)

PETER K. TRZYNA and PKT
TECHNOLOGIES, LLC,

                                    MAY 2, 2008

    Defendants.

## JOINT STIPULATION OF FACTS

The parties to the above captioned action hereby stipulate and agree to the following undisputed facts[1]:

1. The Plaintiff, Brian Hollander ("Hollander"), is a resident of Bloomfield, Connecticut.

2. The Defendant, Peter K. Trzyna ("Trzyna"), is a resident of Chicago, Illinois.

3. The Defendant, PKT Technologies, LLC ("PKT") is a limited liability company organized under the laws of Delaware.

4. Hollander and Trzyna are both members of PKT. Trzyna is a 95% member and manager of PKT; Hollander is a 5% member of PKT.

5. PKT was formed on or about January 1, 2004, under Delaware law. PKT is governed by an Amended and Restated Operating Agreement ("Operating Agreement"), which was completed in August 2004 and effective January 1, 2004.

---

[1] Due to the fact that, despite the parties' good faith efforts, the deposition of Morris Banks, Esq. has not yet occurred, the parties respectfully reserve their rights to supplement this stipulation should additional facts become agreed to after the deposition of Attorney Banks.

6. On November 13, 2007, Hollander through its counsel, Pullman & Comley, filed the instant Complaint against Tryzna and PKT. The return date for the Complaint was December 18, 2007.

7. On December 12, 2007, Trzyna wrote to Pullman & Comley objecting to Pullman's representation of Hollander and requested Pullman immediately withdraw its representation in the instant lawsuit.

PLAINTIFF
BRIAN HOLLANDER

/s/
Richard C. Robinson, Esq.
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702

Date: May 2, 2008

DEFENDANT
PKT TECHOLOGIES, LLC

/s/
Brian L. Wolinetz, Esq.
James G. Green, Jr., Esq.
Pepe & Hazard
225 Asylum Street
Hartford, CT 06103-4302

Date: May 2, 2008

DEFENDANT
PETER K. TRZYNA

/s/
Christopher J. Hug (ct04553)
Andrea Donovan Napp (ct26637)
280 Trumbull Street
Harford, CT 06103

Date: May 2, 2008

## **CERTIFICATION**

I hereby certify that on May 2, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
Christopher J. Hug