UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRIAN L. HOLLANDER,

    Plaintiff,

vs.

PETER K. TRZYNA and PKT
TECHNOLOGIES, LLC,

    Defendants.

Civil Action No. 3:07 CV-01835 (MRK)

MAY 16, 2008

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Brian L. Hollander and Defendants Peter K. Trzyna and PKT Technologies, LLC, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned action be dismissed with prejudice and without costs to any party.

PLAINTIFF
BRIAN HOLLANDER

/s/_____
Richard C. Robinson, Esq.
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702

Date:___5/16/08_____

DEFENDANT
PETER K. TRZYNA

/s/_____
Christopher J. Hug (ct04553)
Andrea Donovan Napp (ct26637)
280 Trumbull Street
Harford, CT 06103

Date:_____5/16/08_____

DEFENDANT
PKT TECHOLOGIES, LLC

/s/_____
Brian L. Wolinetz, Esq.
James G. Green, Jr., Esq.
Pepe & Hazard
225 Asylum Street
Hartford, CT 06103-4302

Date: _____5/16/08_____

## **CERTIFICATION**

I hereby certify that on May 16, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
Andrea Donovan Napp